We conclude that the sentence was not based on any improper criteria.

Defendant's remaining contentions are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them. Concur—Rosenberger, J. P., Williams, Tom and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL MONTALVO, Appellant. [706 NYS2d 630] —Order, Supreme Court, New York County (Charles Tejada, J.), entered on or about November 30, 1998, which denied defendant's motion made pursuant to CPL 440.10 to vacate the judgment of the same court (Alvin Schlesinger, J.), rendered June 15, 1994, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him to a term of 6 to 18 years, unanimously affirmed.

Defendant's motion was properly denied (*see*, CPL 440.30 [4]). Defendant's moving papers did not establish that he was denied his right to effective assistance of counsel at any stage of the proceedings (*see, People v Benevento*, 91 NY2d 708, 713-714; *People v Wiggins*, 89 NY2d 872). Concur—Rosenberger, J. P., Williams, Tom and Mazzarelli, JJ.